IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES O'DONNELL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO: A-1:18-CV-0185 |
| | § | |
| v. | § | |
| | § | |
| WIFI ALLIANCE, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE:

Now comes Charles O'Donnell, Plaintiff, and files this, his Notice of Voluntary Dismissal of his claim, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure because the parties have reached a settlement. Such dismissal is with prejudice, and each party is to bear is to bear its own costs, including attorney fees.

Dated: July 18, 2018

                JOHN M. GORE
                Acting Assistant Attorney General
                Civil Rights Division

BY:

                /s/ Delora L. Kennebrew
                DELORA L. KENNEBREW (GA Bar No. 414320)
                Chief
                Employment Litigation Section

                /s/ Andrew G. Braniff
                ANDREW G. BRANIFF (IN Bar No. 23430-71)

Special Litigation Counsel
Employment Litigation Section
Andrew.Braniff@usdoj.gov

/s/ Torie A. Atkinson
TORIE A. ATKINSON (NY Bar, no number)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, NW
Patrick Henry Building, Room 4239
Washington, DC 20530
Torie.Atkinson@usdoj.gov
Telephone:  (202) 305-3544
Facsimile:   (202) 514-1005


/s/ James E. Dingivan
JAMES E. DINGIVAN (TX Bar No.24094139)
Assistant United States Attorney
United States Attorney's Office
Western District of Texas
600 NW Loop 410
San Antonio, Tx 78216
Telephone:  (210) 384-7372
Facsimile: (210) 384

Attorneys for Plaintiff Charles O'Donnell

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served the following by electronic mail to:

David Barmak
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
701 Pennsylvania Ave., NW, Suite 900
Washington, DC 20004
Phone: 202.585.3507
Fax: 202.434.7400
E-mail: DBarmak@mintz.com

*/s/James E. Dingivan*
**JAMES E. DINGIVAN**
Assistant United States Attorney