IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES O'DONNELL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-185-RP |
| WIFI ALLIANCE, | § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal, (Dkt. 12). Plaintiff has agreed to voluntarily dismiss all claims asserted against Defendant in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (allowing dismissal of an action by the filing of a notice of dismissal by the plaintiff before the opposing party serves either an answer or a motion for summary judgment). Defendant has not filed an answer or a motion for summary judgment. Plaintiff asks that the dismissal be with prejudice. (Dkt. 12).

Accordingly, **IT IS ORDERED** that all claims asserted in this action against Defendant are **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs and fees.

**SIGNED** on July 23, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE